## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No: | 20-12344 |
|    Sidney Brown ) | | |
|    Briana D Adams ) | Chapter: | Chapter 13 |
| ) | | |
|               Debtors ) | Judge: | Jacqueline P. Cox |

### NOTICE OF MOTION

TO**:** See attached list

PLEASE TAKE NOTICE that on **December 6, 2021** at **10:00 a.m.,** I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, and present the motion of **MOTION TO MODIFY CONFIRMED PLAN,** a copy of which is attached

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is 1612732896 and the password is 778135. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By:**    */s/ Kyle Dallmann*
        Kyle Dallmann
        Geraci Law L.L.C.
        55 E. Monroe Street #3400
        Chicago, Illinois 60603
        312.332.1800
        ndil@geracilaw.com

### CERTIFICATE OF SERVICE

I, Kyle Dallmann, hereby certify that I served a copy of this notice along with the aforementioned document upon the listed parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on November 3, 2021 before 5:30 p.m.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

```
In Re:                          )   Case No:    20-12344
    Sidney Brown                )
    Briana D Adams              )   Chapter:    Chapter 13
                                )
             Debtors            )   Judge:      Jacqueline P. Cox
```

## LIST OF PARTIES SERVED

Thomas H. Hooper, 55 E. Monroe St. #3850, Chicago, IL 60603

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Sidney Eric BrownBriana D Adams, 2424 Walnut St, Blue Island, IL 60406

ALL OTHER CREDITORS ON THE ATTACHED SERVICE LIST

Sidney Eric Brown
Briana D Adams
2424 Walnut St
Blue Island, IL 60406

Ashworth College
Bankruptcy DEPT
Po Box 4031
Pittston PA 18644

Avant Inc
Bankruptcy Dept
222 N Salle St Ste 1700
Chicago IL 60601

Bank of America
Bankruptcy Department
PO Box 15168
Wilmington DE 19850

Bank of Missouri
Bankruptcy DEPT
The Queen Building, Parkway #300, 5 Concourse,
Atlanta GA 30328

Bank United
Bankruptcy Department
3200 Southwest Fwy., 9th floor
Houston TX 77027

Blue Island City Water Department
Legal Department
13051 Greenwood Ave
Blue Island IL 60406

Blue Trust Loan
Bankruptcy DEPT
Po box 1754
Hayward WI 54843

Capital One Bank USA N
Bankruptcy Department
PO Box 60024
City Of Industry CA 91716

Carrington Mortgage Services
Bankruptcy Dept
6200 Tennyson Parkway
Suite 210
Plano TX 75024

Shapiro Kreisman & Associates, LLC
Bankruptcy Dept.
2121 Waukegan Road # 301
Bannockburn IL 60015

CB INDIGO/GF
Bankruptcy DEPT
PO BOX 4499
Beaverton OR 97076

Celtic Bank/Contfinco
Bankruptcy DEPT
4450 New Linden Hill Rd
Marshallton DE 19808

Citibank SD NA
Bankruptcy Department
701 E. 60th St., North
Sioux Falls SD 57117

City of Blue Island
Bankruptcy Department
13051 Greenwood Ave.
Blue Island IL 60406

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago IL 60602

Arnold Scott Harris PC
Bankruptcy Dept.
111 W Jackson Blvd Ste 600
Chicago IL 60604

Commonwealth Edison
Attn: System Credit/BK Dept
3 Lincoln Center 4th Floor
Oakbrook Terrace IL 60181

Credit One Bank
Bankruptcy Department
PO Box 60500
City Of Industry CA 91716

Credit One Bank
Bankruptcy Department
PO Box 98873
Las Vegas NV 89193

Creditors Discount & Audit Co.
Bankruptcy Dept
415 E Main St
Streator IL 61364

CW Nexus Credit Card Holdings I LLC
Bankruptcy DEPT
Corporation Trust Center 1209
Wilmington DE 19801

First Premier Bank
Bankruptcy Department
PO Box 5519
Sioux Falls SD 57117

First Premier Bank
Bankruptcy Department
PO Box 5524
Sioux Falls SD 57117

Heights Finance
Bankruptcy Dept.
1051 South Point Circle, ste f
Hammond IN 46325

Housing & Urban Development
451 Seventh St. SW
Washington DC 20410

Illinois State Toll Hwy Auth
Attn: Legal Dept - Bob Lane
2700 Ogden Ave.
Downers Grove IL 60515-1703

IRS Non-Priority
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

Jefferson Capital Systems
Bankruptcy Department
16 McLeland Road
St. Cloud MN 56303

Illinois Corporation Service
Registered Agent For Jefferson Capital Systems
Attn: Bankruptcy Department
801 Adlai Stevenson Drive
Springfield IL 62703

David Burton
CEO, Jefferson Capital Systems
16 McLeland Road
Saint Cloud MN 56303

Jefferson Capital Systems LLC
Bankruptcy Department
PO Box 7999
Saint Cloud MN 56302

Kohl's/Capone
Bankruptcy Department
PO Box 2983
Milwaukee WI 53201

LVNV Funding
Bankruptcy Department
PO Box 10497
Greenville SC 29603

Merrick Bank
Bankruptcy Department
PO Box 9201
Old Bethpage NY 11804

MidState Collection Solutions
Bankruptcy Department
PO Box 3292
Champaign IL 61826

Municipal Coll. of America
Bankruptcy Department
3348 Ridge Rd.
Lansing IL 60438

Nicor Gas
Bankruptcy Department
PO Box 549
Aurora IL 60507

One Main Financial
Bankruptcy
PO Box 183172
Columbus OH 43218

Opp Loans
Bankruptcy DEPT
130 E Randolph St, Suite 34
Chicago IL 60601

Opportunity Financial
Bankruptcy Department
11 E. Adams St.
Chicago IL 60603

PRA Receivables Management
Bankruptcy Department
PO Box 12907
Norfolk VA 23541

Quantum3 Group
Bankrputcy Department
PO Box 788
Kirkland WA 98083

Santander Consumer USA
Bankruptcy Department
PO Box 560284
Fort Worth TX 75356

Synchrony Bank/Walmart
Bankruptcy Dept.
950 Forrer Blvd.
Kettering OH 45420

TBOM/ATLS/FORTIVA MC
Bankruptcy DEPT
5 Concourse Pkwy
Atlanta GA 30328

TBOM/TOTAL CRD
Bankruptcy DEPT
5109 S Broadband Ln
Sioux Falls SD 57108

TD BANK USA/Target
Bankruptcy Department
PO Box 673, Mailstop 6CA
Minneapolis MN 55417

THD/CBNA
Bankruptcy DEPT
Po Box 6497
Sioux Falls SD 57117

The Bank of Missouri/Fortiva
Bankruptcy DEPT
The Queen Building, Parkway #300, 5
Concourse
Atlanta GA 30328

The Home Depot
Bankruptcy Department
PO Box 105981 Dept. 51
Atlanta GA 30353-5981

US Department of Education/Glelsi
Bankruptcy Dept
PO Box 105081
Atlanta GA 30348

Verizon Wireless
Bankruptcy Department
500 Technology Dr
Ste 550
Weldon Spring MO 63304

Village of Alsip
Attn: Bankruptcy Department
4500 W. 123rd
Alsip IL 60803

Village of Blue Island
Bankruptcy DEPT
13051 Greenwood Avenue
Blue Island IL 60406

Village of Calumet Park
Bankruptcy Department
12409 S. Throop
Calumet Park IL 60827

Village Of Crestwood
Bankruptcy Dept
13840 S. Cicero
Crestwood IL 60445

Village of Oak Lawn
Bankruptcy Department
9446 S. Raymond
Oak Lawn IL 60453-2489

WebBank/Fingerhunt
Bankruptcy Department
215 S. State St., Ste. 1000
Salt Lake City UT 84111

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 20-12344 |
| --- | --- | --- | --- |
| Sidney Brown | ) | | |
| Briana D Adams | ) | Chapter: | Chapter 13 |
| Debtors | ) | | |
| | ) | Judge: | Jacqueline P. Cox |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COME the Debtors, Mr. & Mrs. Sidney Brown (the "Debtors"), by and through their attorneys, Geraci Law L.L.C., to present their **MOTION TO MODIFY CONFIRMED PLAN,** and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtors filed their Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 06/12/2020.

3. The Debtors' plan was confirmed by the Court on 08/03/2020.

4. During the plan, the Debtors mistakenly missed some plan payments and as a result, a default accrued.

5. The Debtors can now resume making plan payments.

6. The Debtors cannot catch up on their payments in a lump sum, but can make payments going forward.

7. For the reasons stated above, it is necessary for the successful completion of the Debtors' plan to defer the Debtors' current Chapter 13 plan default to the end of their plan of reorganization.

8. The Debtors' plan will not run more than the allotted 60 months and will still pay out the confirmed dividend to unsecured creditors.

WHEREFORE THE DEBTORS, Mr. & Mrs. Sidney Brown, respectfully request this Honorable Court enter an order:

1. Modifying plan payments shall be as follows: $382.00 for 17 months, followed by $500.00 for 43 months.

2. Deferring the existing Trustee default to the end of the plan.

3. Requiring that the Trustee shall not perform collections on behalf of creditors pursuant to any prior confirmed plan.

4. Any other relief the court deems proper.

**By:** ___/s/ *Kyle Dallmann*___
Kyle Dallmann

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800 (Fax):  877.247.1960