UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )    BK No.: 20-12344
Sidney E. Brown  )
Briana D. Adams  )
)    Chapter: 13
)    Honorable Jacqueline P Cox
)
)
Debtor(s) )

**ORDER GRANTING MOTION TO AMEND ORDER MODIFYING CONFIRMED PLAN ENTERED ON 12/06/2021**

THIS MATTER coming to be heard on the MOTION TO AMEND ORDER MODIFYING CONFIRMED PLAN ENTERD ON 12/06/2021, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Order Granting Motion to Modify Plan entered on 12/06/2021 is amended to state:
    a. The modified plan payments shall be as follows: $382.00 for 17 months followed by $500 for 43 months; and
    b. The existing Trustee default is deferred to the end of the plan term.
    c. The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter: *Jacqueline P. Cox* (signature)

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: January 03, 2022

**Prepared by:**

Kyle Dallmann
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603